# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

IN RE:                                                         MISC ACTION

LUCRESIA PARKS                                                 23-104-SDD-SDJ

## RULING AND ORDER

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Scott D. Johnson dated May 26, 2026, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that this matter shall be DISMISSED WITH PREJUDICE as frivolous.

Signed in Baton Rouge, Louisiana, on this 22 day of July, 2026.

_____
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 7.